1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10  AMGUARD INSURANCE COMPANY, a          )   CASE NO. 2:19-CV-02254-JAM-KJN
    Pennsylvania corporation,                         )   ASSIGNED TO: Hon. John A. Mendez
11                                                           )
                  Plaintiff,                          )
12                                                           )
           v.                                                )   **ORDER CONFIRMING SETTLEMENT**
13                                                           )   **AND SETTING DEADLINE TO FILE**
    KOU T. XIONG, a California citizen,             )   **JOINT STIPULATION RE DISMISSAL**
14  individually and doing business as LAW         )   **(AS MODIFIED BY THE COURT)**
    OFFICES OF KOU T. XIONG; MEE Y.                )
15  VANG, a California citizen,                      )
                                                           )
16                Defendants.                         )
                                                           )
17                                                           )
                                                           )
18                                                           )
                                                           )
19                                                           )
                                                           )
20  _____ )

21          In a Notice of Settlement dated February 6, 2020, Plaintiff AmGUARD Insurance Company,

22  and Defendants Kou T. Xiong and Mee Y. Vang (collectively the "Parties") informed the Court that

23  they have reached a settlement in principle in both the underlying Vang Action and this matter and

24  that the parties anticipate that a Stipulation to Dismiss the Entire Action with Prejudice will be filed

25  by the Parties within 70 days.   Pursuant to the foregoing, and for good cause shown,

26          **IT IS HEREBY ORDERED THAT:**

27          1.   Pursuant to the Notice of Settlement, the Parties are not required a Joint Report in this

28              action.

-1-

2. The Parties are ordered to file a Joint Stipulation re Dismissal with Prejudice on or before April 17, 2020.

**3.** If a signed Joint Stipulation re Dismissal is not filed by April 17, 2020, then counsel of record shall file an updated joint status report.

**IT IS SO ORDERED.  (AS MODIFIED BY THE COURT)**

DATED:  2/7/2020

_/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge

[PROPOSED] ORDER RE CONFIRMING SETTLEMENT