# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMGUARD INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>KOU T. XIONG, a California citizen, individually and doing business as LAW OFFICES OF KOU T. XIONG; MEE Y. VANG, a California citizen,<br><br>Defendants. | CASE NO. 2:19-CV-02254-JAM-KJN<br>ASSIGNED TO: Hon. John A. Mendez<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Having considered the Joint Stipulation re Dismissal of Entire Action with Prejudice filed by Plaintiff AmGUARD Insurance Company and Defendants Kou T. Xiong and Mee Y. Vang, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. This entire action is dismissed with prejudice;

\ \ \

\ \ \

---
-1-
[PROPOSED] ORDER RE DISMISSAL

2. Each party is to bear its own attorneys' fees and costs:

**IT IS SO ORDERED.**

DATED: March 6, 2020

<u>/s/ John A. Mendez</u>
Hon. John A. Mendez
United States District Court Judge

Submitted by:

WESTON & McELVAIN LLP
Richard C. Weston (State Bar No. 126491)
Wynn C. Kaneshiro (State Bar No. 166683)
1960 East Grand Avenue, Suite 400
El Segundo, California 90245
Telephone: (213) 596-8000
Facsimile: (213) 596-8039
E-mail: rweston@wmattorneys.com
wckaneshiro@wmattorneys.com

Attorneys for Plaintiff AmGUARD Insurance Company